Case 2:14-cv-00349-SAB    Document 56    Filed 11/18/15

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GARY CHARLTON and TRINA CHARLTON,<br><br>    Plaintiffs,<br><br>    v.<br><br>WELLS FARGO BANK, N.A.,<br><br>    Defendant. | No. 2:14-cv-00349-SAB<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS; CLOSING FILE** |

Pending before the Court are Plaintiff's Motion for Voluntary Dismissal, ECF No. 44, and Defendant's Motion to Dismiss, ECF No. 34. Previously, the Court declined to rule on the motions to permit the parties to enter into a long-term settlement agreement. The parties recently notified the Court that they have entered into a loan modification agreement, which resolves the dispute underlying the litigation. The Court finds good cause to grant Plaintiff's Motion for Voluntary Dismissal.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Motion for Voluntary Dismissal, ECF No. 44, is **GRANTED**.

2. Defendant's Motion to Dismiss, ECF No. 34, is **DENIED,** as moot.

3. The above-action is **DISMISSED**.

///

**ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS; CLOSING FILE** ~ 1

1  **IT IS SO ORDERED.** The District Court Executive is hereby directed to
2  file this Order, provide copies to counsel and pro se Plaintiffs, and close the file.
3      **DATED** this 18th day of November, 2015.



                Stanley A. Bastian
             United States District Judge

**ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS; CLOSING FILE** ~ 2